# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO       :    No. 284
                                           :

DISCIPLINARY BOARD        :    DISCIPLINARY BOARD APPOINTMENT DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 25th day of February, 2015, James C. Haggerty, Esquire, Philadelphia, is hereby appointed as a member of the Disciplinary Board for a term of three years commencing April 1, 2015.